**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Daniel Bojorquez TORRES, aka Daniel**
**Torres, Defendant—Appellant.**

**No. 05–50326.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Filed July 27, 2006.

Stephen M. Tokarz, USSD–Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Steven F. Hubachek, Esq., FDSD–Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Daniel Bojorquez Torres appeals from the 24–month term of imprisonment imposed upon revocation of his supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Torres contends that the revocation of his supervised release term and the imposition of additional imprisonment violates the Sixth Amendment under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), and *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). This contention is foreclosed by *United States v. Huerta–Pimental,* 445 F.3d 1220, 1223–25 (9th Cir. 2006).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

